UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR3428-JM |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING HEARING** |
| JESSE VARGAS, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the hearing set for November 14, 2008, be rescheduled to **Friday, December 12, 2008, at 11:00 a.m.** The reason for said continuance is that defense counsel will be out of town on November 14, 2008, in addition to the fact that the parties are still working to resolve the case.

**IT IS SO ORDERED.**

DATED: November 7, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge