UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFERY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08CR3428-JM |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING DATE [Docket No. 32] |
| JESSE VARGAS, | |
| Defendant. | |

Upon the joint motion of the parties[ Docket No. 32], IT IS HEREBY ORDERED that the sentencing hearing date in this case be continued from the current date of May 22, 2009, at 9:00 a.m., to ***June 26, 2009, at 9:00 a.m.***

DATED: May 18, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge